# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JAHLEEL TAFARI EATON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2796

[May 31, 2023]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Robyn E. Stone, Judge; L.T. Case No. 312021MM001680A.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

Jahleel Eaton appeals his conviction of petit theft after a non-jury trial. As the state concedes, the record reflects neither a written waiver of jury trial, *see* Fla. R. Crim. P. 3.260, nor the trial judge's colloquy with Eaton demonstrating that his waiver of a jury trial was voluntarily, knowingly, and intelligently made. *See Sinkfield v. State*, 681 So. 2d 838 (Fla. 4th DCA 1996); *Walker v. State,* 149 So. 3d 170 (Fla. 4th DCA 2014). We therefore reverse the conviction and sentence and remand to the county court for a new trial.

*Reversed and remanded.*

KLINGENSMITH, C.J., WARNER and GROSS, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*